(No. 5303.   Decided May 4, 1905.)

GEORGE WOOD, *Appellant,* v. MICHAEL EARLS *et al.,*
*Respondents.*[1]

EJECTMENT—DEFENSES—PRIMA FACIE CASE — SUFFICIENCY — NON-
SUIT—JUDICIAL NOTICE OF FACTS NOT IN EVIDENCE.   In ejectment,
where the plaintiff makes out a *prima facie* case by a complete
chain of title, the defendants' claim of title through earlier con-
veyances, adverse possession, or a judgment of a court of competent
jurisdiction in another case, must be pleaded and proved, and it is
error to grant a nonsuit by improperly taking judicial notice of such
facts not put in evidence.

Appeal from the judgment of the superior court for Pierce
county, Huston, J., entered November 25, 1903, dismissing
an action of ejectment, on granting a motion for a nonsuit at
the close of plaintiff's case.   Reversed.

*J. W. A. Nichols,* for appellant.

*John M. Boyle, O. G. Ellis,* and *A. H. Denman,* for re-
spondents.

PER CURIAM.—This was an action of ejectment.   The com-
plaint is in the usual form, alleging title in the plaintiff, and
an ouster by the defendants.   The answer is a general de-
nial and a plea of title in the defendants, which is denied
in the reply.   At the trial below a nonsuit was granted, and
from the judgment of dismissal the plaintiff appeals.

The appellant offered in evidence a complete chain of title
from the United States to himself, and there was nothing in
the appellant's case to defeat or impair the *prima facie* case
thus made.   If, as claimed by the respondents, the appellant
has no title, by reason of a conveyance by one of his grantors
of an earlier date than the one under which the appellant
claims, or by reason of the final judgment of a court of
competent jurisdiction which is binding upon the appellant,
or by reason of adverse possession of the premises by the

1 Reported in 80 Pac. 837.

respondents and those under whom they claim, it was incumbent on the respondents to plead and prove such facts. It is apparent, from an examination of the record, that the findings and judgment of the court below were not based upon the case made by the appellant, but rather upon extrinsic facts, of which the court improperly took judicial notice, such as the former judgment of this court in another case, and other matters appearing in the findings, concerning which the record is wholly silent.

The judgment of the court below is therefore reversed, with directions to deny the motion for a nonsuit, and proceed with the trial.